Certified Translation  
Janis Palma, USCCI

Page 1 of 3

COMMONWEALTH OF PUERTO RICO  
IN THE SUPREME COURT OF PUERTO RICO

["received and Filed" stamp]

| | |
|---|---|
| JANET SANTANA, et als | |
| Plaintiffs | |
| Vs. | CIVIL NO. 01-1576 (JP) |
| GOVERNOR SILA M. CALDERON et als, | |
| Defendants | |

PETITION FOR CERTIFICATION

The United States First Circuit Court of Appeals suggested to the United States District Court for the District of Puerto Rico that the instant case be filed before that Court through a certification of the legal issues raised in the attached document titled "Certification of Constitutional Question to the Supreme Court of Puerto Rico" on August 25, 2004 and the Opinion from the First Circuit Court of Appeal also attached. In order to facilitate the handling of the controversy we have included the following documents:

<u>Certified Translation</u>  Page 2 of 3
Janis Palma, USCCI

1. Certification of Constitutional Question to the Supreme Court of Puerto Rico, submitted on August 25, 2004.

2. Second Amended Complaint submitted on December 17, 2001.

3. Answer to Amended Complaint submitted on December 21, 2001.

CIVIL NO. 01-1576 (JP)          2

4. Initial Scheduling Conference Order of March 1st, 2002.

5. Opinion and Order from the United States District Court for the District of Puerto Rico dated February 15, 2002.

6. Opinion and Order from the First Circuit Court of Appeals of August 26, 2003.

The Clerk of Court for the U.S. District Court in Puerto Rico will forward this Petition under her hand and seal to the Puerto Rico Supreme Court.

**RECORD AND NOTIFY.**

In San Juan, Puerto Rico, today September 2, 2004.

**I CERTIFY:** That on this same date we are sending a true and accurate copy of the foregoing to the following: Andrés Guillemard-Noble, Esq., Nachman & Guillemard, P.O. Box 9949, San Juan, Puerto Rico 00908; Héctor J. Quijano-Borges, Esq., Méndez-Méndez & Quijano-Borges, capital Center Bldg., 3 Arterial Hostos, Suite 204, South Tower, Hato Rey, Puerto Rico 00918; María Judith Surillo, Esq., P.R. Department of Justice, P.O. Box 9020192, San Juan, Puerto Rico 00902-0192; Celina Romany-Siaca, Esq., Westernbank Plaza, 268 Muñoz Rivera Avenue, Suite 1500, San Juan, Puerto Rico 00918; Fidel A. Sevillano del Río, Esq., U.S. Attorney's office, Chardón Tower, Suite 1201, 350 Carlos Chardón Ave., San Juan, Puerto Rico 00918.

```
                              [signature]
                           JAIME PIERAS, JR
                  UNITED STATES DISTRICT JUDGE
                FOR THE DISTRICT OF PUERTO RICO
```

**CERTIFICATION BY TRANSLATOR**

I, JANIS PALMA, an English-Spanish interpreter and translator certified to that effect by the Administrative Office of the United States Courts and the National Association of Judiciary Interpreters and Translators (NAJIT), do hereby certify that I have translated the foregoing document and it is a true and accurate translation to the best of my knowledge and abilities.

[signature]                                    12/08/05
Janis Palma, USCCI                             Date