IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JANET SANTANA,

    Plaintiff

v.

SILA M. CALDERON, et al.,

    Defendant

CIVIL NO. 01-1576 (JP)

UNDER SEAL[1]

### FINAL JUDGMENT

The parties hereto have informed the Court that they have settled this case. Pursuant thereto, the Court hereby **ENTERS JUDGMENT FOR THE PLAINTIFF TO HAVE AND RECOVER THE AMOUNT OF SEVEN THOUSAND DOLLARS ($7,000.00)**. This Judgment is a release from all damages and causes of action exercised in the complaint against all remaining Defendants, and all damages and causes of action that could follow or emanate from the facts stated therein. This Judgment is entered without the imposition of costs or attorney's fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 9th day of June, 2009.

                                      JAIME PIERAS, JR.
                                  U.S. SENIOR DISTRICT JUDGE

**AGREED TO BY:**

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANTS |
|---|---|
| MONIQUE GUILLEMARD NOBLE, ESQ. | LUMY MANGUAL MANGUAL, ESQ. |

---

1.    The agreement as to under seal is not applicable to the Court, the judges, including this one, and the administrative personnel of this United States District Court for the District of Puerto Rico.